IN THE MATTER OF THE APPLICATION OF THE LACKAWANNA AND PITTSBURG RAILROAD COMPANY TO ACQUIRE LAND OF STEPHEN N. BENNETT AND OTHERS. — Order reversed and report set aside and new appraisal ordered before other commissioners to be appointed, with costs of this appeal to be paid by the petitioner. Opinion Per Curiam; BARKER, J., not voting.

JOHN A. O'RIELLY, Respondent, v. THE CORPORATION OF THE LONDON ASSURANCE, Appellant. — Judgment affirmed. Opinion by HARDIN, J.

ROBERT LYMAN, Respondent, v. LOUISA ROYCE and others, Administrators, Appellants. — Judgment reversed and new trial ordered before another referee, costs to abide event, unless plaintiff stipulates to reduce the judgment $334.89 and any interest allowed thereon, in which case the judgment as so modified is affirmed, without costs of this appeal to either party. Opinion by HARDIN, J.

JOHN P. McGOVERN and others, Appellants, v. EVOLIN B. ROBERTSON and others, Respondents. — Order reversed and judgment set aside, with ten dollars costs and disbursements. Opinion by BARKER, J.

ISAAC HAMPTON, Respondent, v. PETER DEPUY and another, Executors, etc., Appellants. — Judgment reversed and new trial ordered before another referee, costs to abide event unless plaintiff stipulates to reduce judgment to the sum of $170.38 with six years interest thereon, in which case the judgment as so reduced is affirmed, without costs of this appeal to either party. Opinion by SMITH, P. J.

EUGENE E. LEWIS, as Executor, etc., Respondent, v. ENOS MERRITT, Appellant. — Judgment and order affirmed. Opinion by BARKER, J.

SUSAN LENHART, Administratrix, Respondent, v. THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant. — Judgment and order affirmed. Opinion by SMITH, P. J.; BARKER, J., not voting.

BETSEY GAY and another, Administrators, etc., Plaintiffs, v. THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Defendants. — New trial ordered, costs to abide event. Opinion by HARDIN, J.; BARKER, J., not sitting.

MARGARET KEARNEY, as Administratrix, etc., Respondent, v. GEORGE H. THOMPSON and another, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion by SMITH, P. J.

MARIA ENO, Respondent, v. RUFUS DIEFENDORF, Appellant. — Judgment affirmed, with costs. Opinion by SMITH, P. J.

STEPHEN S. WILSON, Appellant, v. PARDON T. DIX and another Respondents. — Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by BARKER, J.